# PROCEEDING MEMO

**Date: 09/14/2023 01:30 pm**

**In re:**   Jesse L. Trimble
Kelli M. Trimble

Bankruptcy No. 23-20950-CMB
Chapter: 7
Doc. # 25

**Appearances:**   Denise Carlon
AbagaleSteidl, Esq.
Katz

**Nature of Proceeding:** # 25 Motion for Relief from the AutomaticStay by M&T Bank re: 1254 Ohioview Drive, Industry, PA, 15052.

**Additional Pleadings:**  #30 CNO

**Outcome: Hearing held. Motion withdrawn.**

Carlota Böhm
U.S. Bankruptcy Judge

FILED
9/15/23 8:59 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA